COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATIE M. KOZLOWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT MANAGEMENT, LP, a Nevada Limited Partnership; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:20-cv-01296-APG-DJA<br><br><br>**STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Katie M. Kozlowski ("Plaintiff") and Defendant, Trans Union LLC ("Defendant"), by and through their respective attorneys of

. . .

. . .

. . .

. . .

. . .

. . .

record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 30th day of March, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 30th day of March, 2021.

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

By: */s/James Acosta*
    Jennifer Bergh, Esq.
    Nevada Bar No. 14480
    James Acosta, Esq.
    Admitted Pro Hac Vice
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    *Attorneys for Trans Union LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

_____
March 31, 2021
DATE